Jerome Watson v. The State.

No. 6018.  Decided December 16, 1920.

Murder—Statement of Facts—Requested Charge—Practice on Appeal.

In the absence of a statement of facts, the refusal of a requested charge cannot be considered on appeal, and the proceedings appearing to be regular, the judgment is affirmed.

Appeal from the Criminal District Court of Dallas.  Tried below before the Honorable Robt. B. Seay.

Appeal from a conviction of murder; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

LATTIMORE, Judge.—Appellant was convicted in the Criminal District Court of Dallas County of the offense of murder and his punishment fixed at ten years in the penitentiary.

The record is before us without any statement of facts or bills of exceptions. We have examined the charge of the Court and conclude that it substantially presents the law of the case. There appears one special charge which was refused, but as it relates to a matter of testimony, and we are not informed therein of sufficient facts to show that it was error to refuse it, we would be compelled to hold that such refusal presents nothing justifying reversal. There appearing no error in the record which would require a reversal of the case, its affirmance is ordered.

*Affirmed.*